**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **STRAGENT, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:11-CV-111-LED |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **STMICROELECTRONICS, INC.,** *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING STIPULATION TO DISMISS**
**DEFENDANT FUJITSU LIMITED WITHOUT PREJUDICE**

On this day came on to be considered the Stipulation to Dismiss Defendant Fujitsu Limited Without Prejudice (the "Stipulation") filed by Plaintiff Stragent, LLC ("Stragent") and Defendants Fujitsu Semiconductor America, Inc. and Fujitsu Limited and third party Fujitsu Semiconductor Limited (collectively "Fujitsu") and the Court having now reviewed the Stipulation and based upon the representations and agreement made by and between Stragent and Fujitsu in the Stipulation, it is therefore:

ORDERED that Defendant Fujitsu Limited is hereby DISMISSED from this action without prejudice. Stragent and Fujitsu Limited will each bear their own costs, expenses and legal fees.

**So ORDERED and SIGNED this 11th day of August, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**