UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| STMICROELECTRONICS, INC., | § | |
| ROBERT BOSCH LLC, BOSCH | § | Civil Action No. 6:11-CV-00111-LED |
| ENGINEERING GMBH, ROBERT | § | |
| BOSCH GMBH, ELEKTROBIT INC., | § | JURY TRIAL DEMANDED |
| ELEKTROBIT AUTOMOTIVE INC., | § | |
| ELEKTROBIT CORPORATION, | § | |
| FREE SCALE SEMICONDUCTOR, | § | |
| INC., FUJITSU SEMICONDUCTOR | § | |
| AMERICA, INC., FUJITSU LIMITED, | § | |
| INFINEON TECHNOLOGIES NORTH | § | |
| AMERICA CORPORATION, | § | |
| INFINEON TECHNOLOGIES AG, | § | |
| MENTOR GRAPHICS | § | |
| CORPORATION, RENESAS | § | |
| ELECTRONICS AMERICA INC., | § | |
| RENESAS ELECTRONICS | § | |
| CORPORATION, TEXAS | § | |
| INSTRUMENTS INC., VECTOR | § | |
| CANTECH, INC., and VECTOR | § | |
| INFORMATIK GMBH, | § | |
| | § | |
| Defendants. | § | |

**UNOPPOSED MOTION OF DEFENDANT VECTOR INFORMATIK GMBH
TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**

Pursuant to Local Rule CV-7, Defendant Vector Informatik GmbH (hereinafter "Vector Informatik"), through its attorneys, respectfully files this Unopposed Motion to Extend Time to Respond to the First Amended Complaint, seeking an extension of time in which it must respond

to the First Amended Complaint. Plaintiff's counsel has agreed to the extension. In support of this motion, Vector Informatik states as follows:

1. On March 11, 2011, Plaintiff Stragent, LLC ("Stragent") filed this action for patent infringement against several companies, including Defendant Vector Informatik. On July 19, 2011, Stragent filed an unopposed motion for leave to file a First Amended Complaint. The Court has granted Stragent's motion. Plaintiff served Vector Informatik with notice of the First Amended Complaint on or about August 15, 2011.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Vector Informatik's current due date to file a responsive pleading is on or about September 6, 2011.

3. Vector Informatik requires additional time to review the allegations in the First Amended Complaint as they pertain to it in order to prepare an appropriate responsive pleading.

4. Plaintiff has consented to Vector Informatik's request to extend the deadline for Vector Informatik to file a responsive pleading to Plaintiff's First Amended Complaint to Thursday, September 22, 2011.

5. This extension will not unduly burden any party nor cause a delay in the trial of this case.

6. Vector Informatik has not previously asked this Court for any extensions of time in this action.

WHEREFORE, Vector Informatik respectfully requests that this Court grant this Unopposed Motion to Extend Time to Respond to the First Amended Complaint and enter an order extending its deadline to file a responsive pleading up to and including September 22, 2011.

Dated: September 2, 2011

Respectfully submitted,

/s/ Glenn T. Henneberger
Charles R. Hoffmann, Esq. (*pro hac vice*)
crhdocket@HoffmannBaron.com
Glenn T. Henneberger, Esq. (*pro hac vice*)
gthdocket@HoffmannBaron.com
Hoffmann & Baron, LLP
6900 Jericho Turnpike
Suite 200
Syosset, New York 11791-4407
Telephone: 516.822.3550
Facsimile: 516.822.3582

and

David Burgert
Texas Bar No. 03378300
E-Mail: dburgert@porterhedges.com
John Irvine
Texas Bar No. 10423300
jirvine@porterhedges.com
Texas Bar No.
Porter & Hedges, LLP
100 Main Street, 36th Floor
Houston, Texas 77002-2764
Telephone: 713.226.0600
Fax: 713.228.1331

Attorneys for Defendant Vector Informatik GmbH

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Unopposed Motion of Defendant Vector Informatik GmbH to Extend Time to Respond to the First Amended Complaint is being served on all counsel of record who are deemed to have consented to electronic service and are being served via transmission of Notices of Electronic Filing generated by CM/ECF pursuant to Local Rule CV-5(a)(3) on September 2, 2011.

        /s/ Glenn T. Henneberger  
        Glenn T. Henneberger