**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Stragent, LLC<br><br>        Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, INC., STMICROELECTRONICS N.V., ROBERT BOSCH LLC, BOSCH ENGINEERING GMBH, ROBERT BOSCH GMBH, ELEKTROBIT INC., ELEKTROBIT AUTOMOTIVE INC., ELEKTROBIT CORPORATION, FREESCALE SEMICONDUCTOR, INC., FUJITSU SEMICONDUCTOR AMERICA, INC., FUJITSU LIMITED, INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, INFINEON TECHNOLOGIES AG, MENTOR GRAPHICS CORPORATION, RENESAS ELECTRONICS AMERICA INC., RENESAS ELECTRONICS CORPORATION, TEXAS INSTRUMENTS INC., VECTOR CANTECH, INC., and VECTOR INFORMATIK GMBH,<br><br>        Defendants. | **Civil Action No. 6:11-CV-111-LED**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS ELEKTROBIT INC.'S,
ELEKTROBIT AUTOMOTIVE INC.'S AND ELEKTROBIT CORPORATION'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR
<u>OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT</u>**

On this day came on for consideration Defendants, Elektrobit Inc.'s, Elektrobit

Automotive Inc.'s and Elektrobit Corporation's Unopposed Motion for Extension of Time to

Answer, Move, or Otherwise Respond to Plaintiff's Amended Complaint for Patent Infringement.

After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that Elektrobit Defendants' deadline to respond to Plaintiff's Amended Complaint for Patent Infringement is extended to October 24, 2011.

**So ORDERED and SIGNED this 23rd day of September, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**