# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:11-CV-111-LED** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **STMICROELECTRONICS, INC.,** *et al.,* | § | |
| | § | |
| *Defendants*. | § | |

## ORDER DISMISSING DEFENDANTS RENESAS ELECTRONICS AMERICA INC. AND RENESAS ELECTRONICS CORPORATION WITHOUT PREJUDICE

Pursuant to Plaintiff Stragent, LLC's Notice of Voluntary Dismissal Without Prejudice of Defendants Renesas Electronics America Inc. and Renesas Electronics Corporation under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendants Renesas Electronics America Inc. and Renesas Electronics Corporation shall be, and hereby are, DISMISSED WITHOUT PREJUDICE.

Plaintiff Stragent, LLC and Defendants Renesas Electronics America Inc. and Renesas Electronics Corporation will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

**So ORDERED and SIGNED this 13th day of October, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**