# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:11-CV-111-LED |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| STMICROELECTRONICS, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER DISMISSING DEFENDANT MENTOR GRAPHICS CORPORATION WITHOUT PREJUDICE

Pursuant to Plaintiff Stragent, LLC's Notice of Voluntary Dismissal Without Prejudice of Defendant Mentor Graphics Corporation under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant Mentor Graphics Corporation shall be, and hereby is, DISMISSED WITHOUT PREJUDICE.

Plaintiff Stragent, LLC and Defendant Mentor Graphics Corporation will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

**So ORDERED and SIGNED this 10th day of November, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**