IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:11-CV-111-LED |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| STMICROELECTRONICS, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiff Stragent, LLC and Defendant Infineon Technologies North America Corp.'s Joint Motion to Dismiss Defendant Infineon Technologies North America Corp., under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED. It is hereby ORDERED that Plaintiff's claims against Infineon Technologies North America Corp. are DISMISSED WITHOUT PREJUDICE.

Plaintiff and Infineon Technologies North America Corp. will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other defendants in this action.

**So ORDERED and SIGNED this 14th day of November, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**