IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:11-CV-111-LED |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| STMICROELECTRONICS, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

### ORDER DISMISSING DEFENDANT INFINEON TECHNOLOGIES AG WITHOUT PREJUDICE

Pursuant to Plaintiff Stragent, LLC's Notice of Voluntary Dismissal Without Prejudice of Defendant Infineon Technologies AG under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant Infineon Technologies AG shall be, and hereby is, DISMISSED WITHOUT PREJUDICE.

Plaintiff Stragent, LLC and Defendant Infineon Technologies AG will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

**So ORDERED and SIGNED this 14th day of November, 2011.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**