IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:11-CV-111-LED |
| v. | § § | |
| | § | JURY TRIAL DEMANDED |
| STMICROELECTRONICS, INC., *et al.*, | § § | |
| *Defendants*. | § § | |

## ORDER

The parties' Joint Motion to Dismiss all claims as to Defendants Vector CANtech, Inc. and Vector Informatik GmbH under Fed. R. Civ. P. 41(a)(2) and (c) shall be, and hereby is, GRANTED. All claims by Stragent, LLC against Defendants Vector CANtech, Inc. and Vector Informatik GmbH are hereby DISMISSED WITHOUT PREJUDICE and all claims by Defendants Vector CANtech, Inc. and Vector Informatik GmbH against Stragent, LLC are hereby DISMISSED WITHOUT PREJUDICE.

Each party will each bear its own costs, expenses and legal fees.

**So ORDERED and SIGNED this 5th day of December, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**