IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § § | |
| vs. | § § | CASE NO. 6:11cv111 LED-JDL |
| STMICROELECTRONICS, INC., et al. | § § § | |

### ORDER

Pursuant to the dismissal of Infineon Technologies AG ("Infineon") (Doc. No. 205), Infineon's Motion to Dismiss for Insufficient Service of Process (Doc. No. 176) is **DENIED** as **MOOT**.

**So ORDERED and SIGNED this 14th day of December, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE