# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:11-CV-111-LED |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **STMICROELECTRONICS, INC.,** *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiff Stragent, LLC and Defendants Fujitsu Semiconductor Limited and Fujitsu Semiconductor America, Inc.'s Joint Motion to Dismiss Defendant Fujitsu Semiconductor Limited and Fujitsu Semiconductor America, Inc., under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED.  It is hereby ORDERED that Plaintiff's claims against Fujitsu Semiconductor Limited and Fujitsu Semiconductor America, Inc. are DISMISSED WITHOUT PREJUDICE.

Plaintiffs, Fujitsu Semiconductor Limited and Fujitsu Semiconductor America, Inc. will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other defendants in this action.

**So ORDERED and SIGNED this 15th day of December, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**