IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:11-CV-111-LED |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| STMICROELECTRONICS, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

### ORDER

Plaintiff Stragent, LLC and Defendants Elektrobit Inc., Elektrobit Automotive Inc. and Elektrobit Corporation's Joint Motion to Dismiss Defendants Elektrobit Inc., Elektrobit Automotive Inc. and Elektrobit Corporation under Fed. R. Civ. P. 41(a)(2) and (c) shall be, and hereby is, GRANTED. It is hereby ORDERED that Plaintiff's claims against Elektrobit Inc., Elektrobit Automotive Inc. and Elektrobit Corporation are DISMISSED WITHOUT PREJUDICE and Elektrobit Inc.'s, Elektrobit Automotive Inc.'s and Elektrobit Corporation's claims against Plaintiff are DISMISSED WITHOUT PREJUDICE.

Plaintiffs, Elektrobit Inc., Elektrobit Automotive Inc. and Elektrobit Corporation will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other defendants in this action.

So ORDERED and SIGNED this 28th day of December, 2011.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**