IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC,** | § | |
| | § | |
| **vs.** | § | |
| | § | **CASE NO. 6:11cv111 LED-JDL** |
| **STMICROELECTRONICS, INC., et al.** | § | |
| | § | |

### ORDER

Before the Court is Mentor Graphics Corp.'s Motion to Dismiss for Improper Venue (Doc. No. 77). Because movant Mentor Graphics Corp. was dismissed from the action on November 10, 2011 (Doc. No. 201), the Motion is **DENIED** as **MOOT**.

**So ORDERED and SIGNED this 3rd day of January, 2012.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE