IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC, § § *Plaintiff*, § § v. § § STMICROELECTRONICS, INC., *et al.*, § § *Defendants*. § | Civil Action No. 6:11-CV-111-LED JURY TRIAL DEMANDED |

### ORDER

Plaintiff's Motion to Dismiss all claims as to Defendant STMicroelectronics, Inc. under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED. All claims by Stragent, LLC against Defendant STMicroelectronics, Inc. are hereby DISMISSED WITHOUT PREJUDICE.

Each party will each bear its own costs, expenses and legal fees.

**So ORDERED and SIGNED this 7th day of March, 2012.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE