## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC, | § |
| *Plaintiff*, | § § § |
| v. | § CIVIL ACTION NO. 6:11-CV-111-LED-JDL § § |
| STMICROELECTRONICS, INC., *et al.*, | § JURY TRIAL DEMANDED § § |
| *Defendants*. | § § |

### ORDER DISMISSING CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(2) AND (c)

The Joint Motion filed by Plaintiff Stragent, LLC and Defendant Texas Instruments Inc. ("TI") to Dismiss Claims and Counterclaims Without Prejudice under Fed. R. Civ. P. 41(a)(2) and (c) shall be, and hereby is, GRANTED. All claims and counterclaims asserted by and between Plaintiff and TI in this action are hereby DISMISSED WITHOUT PREJUDICE.

Plaintiff and TI will each bear their own costs, expenses and legal fees.

**So ORDERED and SIGNED this 15th day of May, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**