IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 6:11-CV-111-LED-JDL |
| v. | § | |
| | § | |
| STMICROELECTRONICS, INC., | § | JURY TRIAL DEMANDED |
| *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER DISMISSING CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(2) AND (c)

The Joint Motion filed by Plaintiff Stragent, LLC and Defendant Freescale Semiconductor, Inc. ("Freescale") to Dismiss Claims and Counterclaims Without Prejudice under Fed. R. Civ. P. 41(a)(2) and (c) shall be, and hereby is, GRANTED. All claims and counterclaims asserted by and between Plaintiff and Freescale in this action are hereby DISMISSED WITHOUT PREJUDICE.

Plaintiff and Freescale will each bear their own costs, expenses and legal fees.

**So ORDERED and SIGNED this 26th day of June, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**