IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 6:11-CV-111-LED |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **STMICROELECTRONICS, INC.,** *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

The Court grants the Joint Motion to Dismiss all claims between Stragent, LLC ("Stragent") and Robert Bosch LLC ("Bosch"), the only parties remaining in this case. All claims by Stragent against Bosch are hereby dismissed with prejudice, and all claims by Bosch against Stragent are hereby dismissed without prejudice. Each party will bear its own costs, expenses, and legal fees.

**So ORDERED and SIGNED this 28th day of November, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**